UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN-ALEXANDER MORAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PAMELA BONDI,<br><br>　　　　Respondent. | Case No. 25-cv-08354-RFL<br><br>**ORDER OF TRANSFER** |

Petitioner Darwin-Alexander Moran challenges his detention by the United States Immigration and Customs Enforcement at the Imperial Regional Detention Facility in Imperial County, which lies in the Southern District of California. The petition was filed while he was detained at that location. Accordingly, this action is TRANSFERRED to the Southern District of California, as that is the district of detention. 28 U.S.C. §§ 84(d), 1404(a), 2241(a); *see also Doe v. Garland*, 109 F.4th 1188 (9th Cir. 2024). The Clerk shall transfer this action forthwith.

　　**IT IS SO ORDERED.**

**Dated:** October _2_, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge